**Order entered January 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01119-CV

**IMAGINE AUTOMOTIVE GROUP, INC., ET AL., Appellants**

**V.**

**BOARDWALK MOTOR CARS, LTD. D/B/A BOARDWALK
PORSCHE (FORMERLY THE PORSCHE STORE), ET AL., Appellees**

On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-982-07

## ORDER

The Court has before it appellants' December 28, 2012 unopposed second motion for extension of time to file their reply. The Court **GRANTS** the motion and **ORDERS** that any reply be filed by January 4, 2013. No further extensions shall be granted absent a showing of exceptional circumstances.

/s/     MOLLY FRANCIS
          JUSTICE